In the Matter of the Appraisal, under the Transfer Tax Act, of the Estate of ALBERT TILT, Deceased.

ADELAIDE V. TILT et al., as Executors, Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Tilt*, 107 App. Div. 616, affirmed.
(Argued October 3, 1905; decided October 17, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 22, 1905, which affirmed an order of the New York County Surrogate's Court fixing a transfer tax upon the estate of Albert Tilt, deceased.

*William G. Wilson* for appellants.

*George M. Judd* and *Edward H. Fallows* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN and WERNER, JJ.
Dissenting: GRAY and BARTLETT, JJ. Absent: O'BRIEN, J.